| | |
|---|---|
| Seth W. Wiener (SBN 203747)<br>seth@sethwienerlaw.com<br>LAW OFFICES OF SETH WIENER<br>609 Karina Court<br>San Ramon, CA 94582<br>Telephone: (925) 487-5607<br><br>Jeffrey Francis Craft (SBN 147186)<br>jcraft@devlinlawfirm.com<br>DEVLIN LAW FIRM LLC<br>1731 Fox Springs Circle,<br>Newbury Park, CA 91320<br><br>Timothy Devlin (*pro hac vice* to be filed)<br>tdevlin@devlinlawfirm.com<br>Robert Kiddie (*pro hac vice* to be filed)<br>rkiddie@devlinlawfirm.com<br>DEVLIN LAW FIRM LLC<br>1526 Gilpin Avenue<br>Wilmington, DE 19806<br>Telephone: (302) 449-9010<br>Facsimile: (302) 353-4251<br><br>Attorneys for Express Mobile, Inc. | QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>Andrea Pallios Roberts (Bar No. 228128)<br>andreaproberts@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065-2139<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100<br><br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>Edward J. DeFranco (Bar No. 165596)<br>eddefranco@quinnemanuel.com<br>Joseph Milowic III (pro hac vice to be filed)<br>josephmilowic@quinnemanuel.com<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br><br>Attorneys for Huge, LLC |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXPRESS MOBILE, INC.,<br><br>      Plaintiff,<br><br>  vs.<br><br>HUGE, LLC,<br><br>      Defendants. | Case No.: 3:18-4687-RS<br><br>**JOINT MOTION TO DISMISS UNDER FRCP 41(a)(2)** |

Pursuant to Fed. R. Civ. Proc. 41(a)(2), Plaintiff Express Mobile, Inc. ("Express Mobile") and Defendant Huge, LLC ("Huge"), by and through their counsel of record, hereby jointly move for dismissal of all claims asserted by Express Mobile against Huge, with prejudice in the above-captioned action.

The parties further agree that each party shall bear its own costs, expenses, and attorneys' fees incurred in this action.

Dated: June 17, 2019         By:  /s/ Jeffrey Francis Craft
                                  Jeffrey Francis Craft SBN 147186

                                  Attorneys for Plaintiff Express Mobile, Inc.

Dated: June 17, 2019         By:  /s/ Edward J. DeFranco
                                  Edward J. DeFranco

                                  Attorneys for Defendant Huge, LLC

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via electronic filing on June 17, 2019.

                                  /s/ Jeffrey Francis Craft
                                  Jeffrey Francis Craft